AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kim , Michele J. | U.S. Bankruptcy Court - Southern District of Georgia | 08/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - full time | ☐ Nomination    Date <br> ☐ Initial   ✔ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

801 Gloucester Street
3rd Floor
Brunswick, Georgia 31520

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 08/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 08/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank, NA | Mortgage on Rental Property #1 - Brunswick, GA (Part VII, Line 2) | None |
| 2. | Optus Bank | Mortgage on Rental Property #2 - Brunswick, GA (Part VII, Line 3) | M |
| 3. | Lowe's/Synchrony Bank | Credit Card | None |
| 4. | Bank of America | Credit Card | None |
| 5. | Bank of America | Credit Card | None |
| 6. | Citibank | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kim , Michele J.** | 08/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. SunTrust Cash Account | A | Interest | K | T | | | | | |
| 2. Rental Property #1- Brunswick, Georgia | D | Rent | | | Sold | 11/12/20 | M | E | |
| 3. Rental Property #2 - Brunswick, Georgia | E | Rent | N | W | | | | | |
| 4. New York Life Insurance Whole Life Policy | A | Int./Div. | K | T | | | | | |
| 5. State Farm Universal Life Insurance Policy | C | Interest | L | T | | | | | |
| 6. RBC IRA - Blackrock Life Path Index 2030 | B | Int./Div. | L | T | | | | | |
| 7. Brokerage Account #1 (H) | | | | | | | | | |
| 8. - AMGEN Inc. Common Stock | A | Dividend | J | T | | | | | |
| 9. - AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 10. - Carrier Global Corporation (X) | A | Dividend | J | T | | | | | |
| 11. - Chemours Co Com Common Stock | A | Dividend | J | T | | | | | |
| 12. - CISCO Sys. Inc. Common Stock | A | Dividend | J | T | | | | | |
| 13. - Coca Cola Co. Common Stock | A | Dividend | J | T | | | | | |
| 14. - Comcast Corp. (New) Class A Common Stock | A | Dividend | J | T | | | | | |
| 15. - Corteva Inc. | A | Dividend | J | T | | | | | |
| 16. - Dow Inc. | A | Dividend | J | T | | | | | |
| 17. - Dupont De Nemours Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 08/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - Exxon Mobil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 19.  - Motorola Soultions Inc. Common Stock | A | Dividend | J | T | | | | | |
| 20.  - Otis Worldwide Corp. (X) | A | Dividend | J | T | | | | | |
| 21.  - Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 22.  - Raytheon Technologies Corp. Stock (X) | A | Dividend | J | T | | | | | |
| 23.  - Roche Holdings ADR Common Stock (X) | A | Dividend | J | T | | | | | |
| 24.  - The Mosaic Co. (Hldg Co) New Common Stock | A | Dividend | J | T | | | | | |
| 25.  - Travelers Companies Inc. Com (X) | A | Dividend | J | T | | | | | |
| 26.  - United Technologies Corp. Common Stock (Y) | | | | | | | | | |
| 27.  - Valero Energy CP Dela New Common Stock | A | Dividend | J | T | | | | | |
| 28.  - Walt Disney Co Hldg Co Common Stock | | None | J | T | | | | | |
| 29.  Brokerage Account #2 (H) | | | | | | | | | |
| 30.  - General Electric Common Stock | A | Dividend | J | T | | | | | |
| 31.  - Walt Disney Co Hldg Co Common Stock | | None | K | T | | | | | |
| 32.  IRA #1 (H) | | | | | | | | | |
| 33.  - TA Asset Alloc-GRW PTF A Mutual Fund | A | Int./Div. | K | T | | | | | |
| 34.  IRA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 08/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Berkshire Hathaway Inc. (X) | None | | K | T | | | | | |
| 36. - Caterpillar Inc. Common Stock | A | Dividend | J | T | | | | | |
| 37. - Matthews China Investor Common Stock | A | Dividend | J | T | | | | | |
| 38. IRA #3 (H) | | | | | | | | | |
| 39. - Oakmark Equity & Income FD Inv | B | Int./Div. | K | T | | | | | |
| 40. - Principal Midcap Inst. CL | A | Int./Div. | L | T | | | | | |
| 41. - Berkshire Hathaway Inc. | | None | K | T | | | | | |
| 42. IRA #4 (H) | | | | | | | | | |
| 43. - Oakmark Equity & Income FD Inv. | B | Int./Div. | L | T | | | | | |
| 44. - Principal Midcap Inst. CL | A | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 08/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 10:  Carrier Global Corporation stock received as a result of stock spin-off by United Technologies prior to its merger with Raytheon Co.

Part VII, Line 20:  Otis Worldwide Corp. stock received as a result of stock spin-off by United Technologies prior to its merger with Raytheon Co.

Part VII, Line 22:  Raytheon Technologies Corp. stock received as a result of merger between United Technologies (see Section VII, Line 26) and Raytheon Co.

Part VII, Line 23:  Roche Holdings ADR common stock inadvertently omitted from 2019 financial disclosure report.  2019 reportable information:  B(1): A; B(2): Int/Div; C(1): J; C(2): T.

Part VII, Line 25:  asset increased in value to reportable threshold.

Part VII, Line 35:  Berkshire Hathaway stock inadvertently omitted from 2019 financial disclosure report.  2019 reportable information:  B(2): None; C(1): K; C(2): T.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michele J. Kim**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544